# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# CHATTANOOGA, TENNESSEE

| | |
|---|---|
| **Candice Wohlfeil,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 1:10-CV-275 |
| ) | |
| **CITY OF EAST RIDGE,** ) | |
| ) | |
| **Defendant.** ) | |

## TEMPORARY RESTRAINING ORDER

It is ORDERED, DECREED and ADJUDGED that:

Pending the hearing on Plaintiff's Motion for Preliminary Injunction, Defendant is hereby restrained from enforcing City of East Ridge City Ordinance Section 11-201 "Fortune telling, etc."

Entered this ____ day of October, 2010 at __:__ __.m.

/s/_____
CURTIS L. COLLIER
CHIEF UNITED STATES DISTRICT JUDGE

/s/ John R. Anderson
John R. Anderson
BPR # 10732
GRANT, KONVALINKA & HARRISON, P.C.
Ninth Floor, Republic Centre
633 Chestnut Street
Chattanooga, TN 37450-0900
Telephone: (423) 756-8400
Facsimile: (423) 756-6518

Counsel for Defendant, City of East Ridge


/s/ Donna L. Roberts (by John R. Anderson w/permission)
Donna L. Roberts
ACLU-TN Cooperating Attorney
STITES & HARBISON, PLLC
SunTrust Plaza
401 Commerce Street
Suite 800
Nashville, TN 37219-2376
Telephone: (615) 244-5200

Tricia Herzfeld
Staff Attorney
ACLU Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
Telephone: (615) 320-7143

Counsel for Plaintiff, Candice Wohlfeil


P:\Folders A-H\E293\184\Temporary Restraining Order.doc