UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| CANDICE WOHLFEIL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:10-CV-275 ) ) Collier/Carter |
| CITY OF EAST RIDGE, | ) ) |
| Defendant. | ) |

### O R D E R

Upon stipulation of the parties, it is hereby **ORDERED** Defendant City of East Ridge shall have an additional 21 days to respond to Plaintiff's Complaint, up to and including **November 19, 2010**. It is further **ORDERED** the temporary restraining order entered by the Court on October 8, 2010, (Court File No. 4) shall remain in force until that date.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**