UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| CANDICE WOHLFEIL,        ) | |
|        Plaintiff,        ) | |
| v.        ) | No. 1:10-CV-275 |
| CITY OF EAST RIDGE        ) | Judge Curtis L. Collier |
|        Defendant.        ) | |

### O R D E R

Counsel for the parties have advised the Court that the matters in controversy have been settled to the satisfaction of all the parties. It is accordingly **ORDERED** that all counsel shall appear in person before the United States District Judge on **Wednesday, June 24, 2011 at 10:00 a.m.**, for a conference with regard to the status of the settlement and a final order.

In the event a final order is submitted prior to **June 24, 2011**, counsel shall contact Sheila Hendrix (423-752-5287) and the status conference will be canceled.

SO ORDERED.

ENTER:

**/s/**
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**